

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00427-CR

Bobby J. **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR5248
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is affirmed.

SIGNED April 17, 2019.

_____
Rebeca C. Martinez, Justice